IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

RONALD L. BRYANT and BRENDA M. BRYANT,

    Plaintiffs,

vs.

Case No. 07CA-5712
Section No. 8

MOSAIC FERTILIZER, LLC,

    Defendant.

_____/

## COMPLAINT

Plaintiffs, **RONALD L. BRYANT and BRENDA M. BRYANT**, by and through their undersigned attorney, sue Defendant, **MOSAIC FERTILIZER, LLC** (hereinafter referred to as "Mosaic"), and allege as follows:

### COUNT I

1. This is an action for compensatory damages in excess of $15,000.00.

2. Mosaic is a foreign profit corporation authorized to do business in the State of Florida with an office for the transaction of its usual and customary business located in Polk County, Florida.

3. On October 10, 2003, Ronald L. Bryant was a business invitee on a premises owned, occupied or operated by, and correspondingly possessed by and in the full and complete control of, Mosaic (f/k/a IMC Phosphates Company), known as the "South Pierce Plant", and located at 7450 County Road 630, Mulberry, Polk County, Florida.

4. On that same said date and at that same said location, Mosaic negligently breached its duty to maintain the said premises in a reasonably safe condition by having changed

the configuration of the acid filling pipe and catwalk/safety cage used by the tanker operators, including Ronald L. Bryant, to fill their tankers with acid, in such a fashion as to:

(a)  Require the said tanker operators, including Ronald L. Bryant, exit the safety cage in order to fill their tankers, and

(b)  Cause the acid filling pipe and catwalk/safety cage to contact each other when the tanker operators, including Ronald L. Bryant, completed filling their tankers and attempted to return the acid filling pipe and catwalk/safety cage to the loading dock.

5. On that same said date and at that same said location, Mosaic negligently breached its duty to warn the tanker operators, including Ronald L. Bryant, of the dangers now associated with the changed configuration of the acid filling pipe and catwalk/safety cage as mentioned above.

6. On that same said date and at that same said location, Ronald L. Bryant, after having filled his tanker, attempted to return the acid filler pipe and catwalk/safety cage to the loading dock. Incident to these efforts, the acid filler pipe and catwalk/safety cage made contact with each other in such a fashion as to cause the catwalk/safety cage to fall back down on Ronald L. Bryant. In connection with his efforts to catch and again attempt to return the fallen catwalk/safety cage to the loading dock, Ronald L. Bryant fell from the top of his tanker to the concrete floor below.

7. As a direct and proximate result of the negligence on the part of Mosaic as described above, Ronald L. Bryant suffered and/or sustained in the past, and will suffer and/or sustain in the future:

(a)  Significant bodily injury;

(b) Pain, suffering, mental anguish, inconvenience and the loss of capacity for the enjoyment of life;

(c) The expense and/or reasonable value of hospital, medical and nursing care and treatment; and

(d) The loss of earnings, working time and/or earning capacity.

## COUNT II

8. Brenda M. Bryant realleges all allegations set forth in paragraphs 1 through 7 above as fully as if set forth herein.

9. At all times material hereto, Ronald L. Bryant and Brenda M. Bryant were and are husband and wife.

10. As a direct and proximate result of the negligence on the part of Mosaic as described above, Brenda M. Bryant suffered or sustained in the past, and will suffer or sustain in the future: the loss of services, affection, protection, society, consortium and companionship of her husband.

WHEREFORE, Plaintiffs, Ronald L. Bryant and Brenda M. Bryant, demand judgment against Mosaic for compensatory damages, prejudgment interest and the cost of this action and furthermore respectfully request a trial by jury on all issues so triable.

Dated this 1st day of October, 2007.

_____
Steven C. Brown
Florida Bar No. 443069
LILLY, O'TOOLE & BROWN, LLP
2154 Lakeview Dr.
Sebring, FL 33870-4967
(863) 471-0003 – telephone
(863) 471-2034 – facsimile
Attorneys for Plaintiffs